**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| EMMA JESSICA ALFONSO,<br><br>                        Plaintiff,<br><br>vs.<br><br>THE SHIRAZI LAW GROUP, INC., and AMNA SHIRAZI<br><br>                        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-1800-SCJ |

**A T T O R N E Y   F E E   J U D G M E N T**

This action having come before the court, the Honorable Steve C. Jones, United States District Judge, for consideration of the Plaintiff's Motion for Attorney's Fees, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiff's Attorneys are awarded in the amount of $5,182.00 and costs are awarded in the amount of $400.00.

Dated at Atlanta, Georgia, this 23rd day of January, 2017.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                                  By:   s/ Rebecca Spratt
                                                               Deputy Clerk

Prepared and Entered
in the Clerk's Office
January 23, 2017
James N. Hatten
Clerk of Court

By:  s/ Rebecca Spratt
       Deputy Clerk